## Thwing agt Hawley

Benjamin Thwing plaint. on appeale from the Judgement of the Worpp[11] Joseph Dudley Esqr agt Dorothy Hawley Defendt The Judgement Reasons of Appeale and Evidences in the case being read and committed to the Jury; which remain on file with the Records of this Court The Jury brought in theire verdict they found for the Defendt confirmation of the former Judgemt (which was for forty Shillings mony damage & cost) and costs of Court.

## Fowle agt Stevens

Jacob Fowle plaint. agt. John Stevens Deft in an action of the case for not rendring an accot nor the produce of a parcel of Fish Oyl and apples betrusted with him in the yeare. 1676. amounting to the value of twenty four pounds two Shillings five pence as appeares under the hand of the sd Stevens whereby the plt is damnified the abovesd Summe of mony &c. . . . [ 471 ] The Jury . . . found for the Defendt costs of Court.

## Alderedge agt. Stevens

Samuel Alderedge plaint. agt John Stevens Deft in an action of the case for not rendring an accot of nor the produce of a parcell of Fish apples and onyons betrusted with him in the yeare. 1676. amounting to the value of Eighteen pounds Seven Shillings and two pence as appeares under the hand of the sd Stevens whereby the plaint. is damnified the abovesd Summe in mony with all other just damages &c. . . . The Jury . . . found for the Defendt costs of Court.

## Brattle agt. Woodbridge etc.

Capta Thomas Brattle plaint. agt Thomas Woodbridge of Newberry and George Hews of Salisbury or either of them Defts for not delivering unto sd Brattle nor his order on the wharfe in Boston dock twelve thousand foote of good merchantable pine boards according to bond datd March: 17th 1676/7. with due damages. . . . The Jury . . . found for the plaint. the bill Sued for twenty pounds in mony with twelve Shillings mony damage and costs of Court twenty Eight Shillings. 6d

Execution issued pro Januro 1677.